# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HALLMARK INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                                                              **Case No: 6:16-cv-2063-Orl-37GJK**

**MAXUM CASUALTY INSURANCE COMPANY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration on oral argument held on September 13, 2017, on the following motion:

> **MOTION:** PLAINTIFF'S MOTION TO EXTEND ALL DEADLINES AND CONTINUE TRIAL DATE AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 71)
>
> **FILED:** August 2, 2017
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED IN PART AND DENIED IN PART**.

On August 2, 2017, Plaintiff filed a Motion to Extend All Deadlines and Continue Trial Date and Incorporated Memorandum of Law (the "Motion"). Doc. No. 71. Plaintiff seeks a ninety-day extension of time for all deadlines. *Id.* at ¶ 15. On September 13, 2017, the undersigned conducted a Federal Rule of Civil Procedure 16 conference with Plaintiff's and Defendant's counsel. Doc. No. 94. During the conference, counsel agreed to hold two depositions per week and to file joint status reports every Friday, beginning on September 22, 2017. *Id.* Additionally, counsel

agreed that a one-month extension of time for the deadlines will be sufficient.

Based on the foregoing, it is **RECOMMENDED** that the Motion (Doc. No. 71) be **GRANTED IN PART** and **DENIED IN PART** as follows:

1) That the case management deadlines be extended by one month;

2) That the parties conduct two depositions every week;

3) That the parties file joint weekly status reports every Friday informing the Court of the progress of discovery, beginning September 22, 2017; and

4) In all other respects, that the Motion be **DENIED**.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the report and recommendation. 11th Cir. R. 3-1. **If the parties have no objections to this report and recommendation, they may promptly file a joint notice of no objection**.

Recommended in Orlando, Florida, on September 13, 2017.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record